PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**FILED**
AUG 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY LEE ORTIZ, <br><br> Defendant. | No. 1: 16 MJ 00105 SAB <br><br> [PROPOSED] ORDER <br><br> (UNDER SEAL) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrants in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of KAREN A. ESCOBAR, and this court's sealing order, be kept under seal until further order of the court.

DATED: 8/24/16

STANLEY A. BOONE
U.S. Magistrate Judge